In the Matter of PHILIP EDWARDS, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Respondents.

Submitted February 26, 1940; decided March 5, 1940.

*George G. Lake* for motion.

*Joseph Ferber* opposed.

Motion denied, without costs.